UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| AZZETTA MATTHEWS, and ) <br> MARKIESHA M. MATTHEWS, ) <br> Plaintiffs, ) <br> ) <br> -v- ) <br> ) <br> CINDY SUZANN WENGERT, and ) <br> STATE FARM INSURANCE ) <br> Defendants. ) <br> ) | No. 1:22-cv-406 <br><br> Honorable Paul L. Maloney |

## JUDGMENT

This Court has resolved all pending claims in this lawsuit. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: May 12, 2022                                          /s/ Paul L. Maloney
                                                                          Paul L. Maloney
                                                                          United States District Judge